## BYRNE *vs.* ROMAINE.

A chamber order of a Vice-Chancellor allowing further time to answer under the 125th Rule need not be entered in the clerk's office. The service of a copy of such chamber order is sufficient.

*April 2,*
*1832.*

*Practice.*
*Service of*
*chamber or-*
*der.*

THE defendant had obtained an order from the Vice-Chancellor, under the 125th Rule of the court, for further time to answer; and he served a copy of it upon the solicitor for the complainant. The latter, considering it to be the practice that an order upon such chamber order should be entered and served, treated the copy served upon him as a nullity: and took the bill *pro confesso* before the additional time so granted had expired. He now moved for a reference as upon a bill duly taken as confessed.

Mr. *Mulock,* for the application, cited *Burrall* v. *Raineteaux,* 2 *Paige's C. R.* 331.

Mr. *S. B. Romaine,* in person, opposed.

THE VICE-CHANCELLOR. The case of *Burrall* v. *Raineteaux* related to a demurrer, and shows that this mode of enlarging time is not admissible in such cases. But I cannot think there is any occasion to enter an order in the clerk's office for the purpose of giving force or effect to a chamber order granting

further time to answer. The service of a copy thereof ought not to have been treated as a nullity. Under the circumstances, I will not give costs against the complainant: but his application is refused.